nied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–826.  PIERCE, WARDEN v. GRIFFIN.  C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 10–916.  RYSKAMP v. COMMISSIONER OF INTERNAL REVENUE.  Certiorari before judgment denied.  C. A. 9th Cir.

No. 10–7331.  GUIRLANDO v. T. C. ZIRAAT BANKASI, A. S. C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7757.  KAPORDELIS v. DANZIG ET AL.  C. A. 11th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7791.  GIBSON v. ARTIS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7996.  MURPHY v. EDDY MURPHY PRODUCTIONS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–8158.  VILLAVICENCIO-BURRUEL v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8170.  MATTHEWS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8173.  KROSS v. GRIFFIN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.